

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00618-CV

Victor E. **LOPEZ**,
Appellant

v.

**VANDERBILT MORTGAGE AND FINANCE, INC.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00960
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  March 12, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due December 27, 2013.  On December 27, 2013, appellant

filed a one-page pro se letter that appeared to be an appellate brief.  However, because appellant's

letter/brief did not comply with Texas Rule of Appellate Procedure 38.1, on January 10, 2014, this

court struck appellant's pro se letter/brief and ordered appellant to file an amended brief that

complies with Rule 38.1 no later than February 6, 2014.  Our order cautioned appellant that if an

appellate brief that complied with Rule 38.1 was not filed by February 6, 2014, this appeal would

be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a)(1).

On February 6, 2014, appellant requested an extension of time in which to file the amended brief, which was granted until February 24, 2014. Our order, dated February 11, 2014, again cautioned appellant that if an appellate brief that complied with Rule 38.1 was not filed by February 24, 2014, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1). An amended brief has not been filed. Therefore, we dismiss the appeal for want of prosecution.


PER CURIAM